1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD WAYNE BEALL, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00060-RCJ-RAM |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NORTHERN NEVADA | ) | |
| CORRECTIONAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This prison civil rights action comes before the court following plaintiff's failure to pay the $350.00 filing fee in response to the court's April 18, 2011 Order (docket #3). The court denied plaintiff's application to proceed *in forma pauperis* and ordered that was required to pay the full filing fee within thirty (30) days or his case would be dismissed. Plaintiff has not paid the filing fee in response to the Order, and the action will be dismissed.

**IT IS THEREFORE ORDERED** that this action shall be **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 17th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE