AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

RONALD WAYNE BEALL,

     Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:   **3:11-CV-00060-RCJ-RAM**

NORTHERN NEVADA
CORRECTIONAL CENTER,

     Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to pay the filing fee.

  June 20, 2011                                    **LANCE S. WILSON**
                                                                          Clerk

                                                                        /s/ D. R. Morgan
                                                                          Deputy Clerk